IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-511-GCM

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| KEM-WOVE, INC., ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Erin McPhail Wetty,** filed November 12, 2013 [doc.# 9].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms Wetty is admitted to appear before this court *pro hac vice* on behalf of defendant Kem-Wove, Inc..

**IT IS SO ORDERED.**

Signed: December 11, 2013

Graham C. Mullen
United States District Judge